IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:01CR3011 |
| | ) | |
| JULIO JORGE TAFOYA, a/k/a JULIO HERANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER FOR DISMISSAL**

Leave of court is granted for the filing of the dismissal in this case.

July 26, 2006.                                        BY THE COURT:

                                                                  s/ Richard G. Kopf
                                                                  United States District Court